O'SHAUGHNESSY, Respondent, v. WORKINGMAN'S CO-OPERATIVE ASS'N OF UNITED INSURANCE LEAGUE OF NEW YORK, Appellant. (City Court of New York, General Term. March 19, 1895.) Action by Catherine O'Shaughnessy against the Workingman's Co-operative Association of the United Insurance League of New York. William B. Donihee, for appellant. William E. Morris, for respondent.

NEWBURGER, J. This is an appeal from a judgment entered upon a verdict directed by the trial justice. At the close of the case, it was consented by counsel for the respective parties that the court pass upon the questions of law and fact, whereupon the trial justice directed a verdict for the plaintiff, to which defendant's counsel excepted. The defendant made no request to be allowed to go to the jury upon the questions of fact. The only inquiry, therefore, is whether the evidence be sufficient to sustain the verdict. We think the direction of the court is sustained by the evidence. Furthermore, the case contains no certificate that it contains all the evidence given on the trial. We find no errors of law, and therefore the judgment must be affirmed, with costs.

OWL CIGAR CO., Respondent, v. LIDGERWOOD, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by the Owl Cigar Company against Thomas Lidgerwood. S. A. Emanuel, for appellant. J. Bradley Tanner, for respondent. No opinion. Appeal dismissed. See 27 N. Y. Supp. 932.

PALMER v. CHICAGO HERALD CO. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Tyndale Palmer against the Chicago Herald Company. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Palmer v. Chicago Evening Post Co. (Sup.) 32 N. Y. Supp. 992.

PARDRIDGE, Respondent, v. BEILLOT, Appellant. (Supreme Court, General Term,

Third Department. February 12, 1895.) Action by Frank Pardridge against Julia Beillot. No opinion. Judgment affirmed, with costs.

PEOPLE v. DE BARLER et al. (Common Pleas of New York City and County, General Term. February 4, 1895.) No opinion. Motion to vacate judgment entered on a forfeited recognizance. Granted.

PEOPLE v. GARVEY. (Supreme Court, General Term, First Department. March 15, 1895.) No opinion. Judgment reversed. New trial ordered.